INSURANCE LITIGATORS & COUNSELORS, PLC.
JOSEPH JOHN TURRI, SBN 181994
ATTILA PANCZEL, SBN 250799
445 North State Street [P.O. Box 940]
Ukiah, CA 95482
Tel.: (707) 462-6117
Fax.:(707) 230-5525
insterminator@aol.com
Attorneys for Plaintiffs

MICHAEL D. PROUGH (NO.168741)
DEAN C. BURNICK (NO. 146914)
MORISON & PROUGH, LLP
mdp@morisonprough.law
Telephone: (925) 937-9990
Facsimile: (925) 937-3272
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORLA BUSCHBACHER, Individually, and dba BUSCH CONSTRUCTION & ELECTRIC, and VALDA KINNEY, as Assignee, from KORLA BUSCHBACHER,<br><br>Plaintiffs,<br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY; RLI INSURANCE SERVICES; and Does 1-10<br><br>Defendants. | CASE NO. 3:17-cv-03946-JST<br><br>STIPULATION TO EXTEND TIME IN WHICH TO COMPLETE MEDIATON AND [PROPSED] ORDER THEREON<br><br>Trial Date: November 26, 2018 |

Counsel for Plaintiffs, Korla Buschbacher ("Buschbacher "and Valda Kinney ("Kinney") and Defendants, Mt. Hawley Insurance Company ("Mt. Hawley") and RLI Insurance Services ("RLI") jointly submit this request and stipulation to extend the time in which to complete mediation (currently ordered to be completed by January 2, 2018) until February 16, 2018. The request is based on the fact that Valda Kinney, Trustee, one of the Plaintiffs in this matter, has

Stipulation to Extend Time in Which to Complete Mediation and [Proposed] Order Thereon

1

significant health issues which is requiring her to step down as the Trustee and that her successor Trustee step in her shoes. The counsel for the parties have had a conference with the mediator and coordinated their respective calendars, and request, with the Court's permission, to have the meditation on February 2, 2018; and hopefully have a meaningful and successful mediation process completed by February 16, 2018. As such the parties hereby stipulate to and request the Court to allow the parties to extend the date in which to complete the mediation process until February 16, 2018. I Joseph John Turri, attest that I have on file a holographic signature corresponding to the signature indicated by a conformed signature (/S/) within this e-filed document.

Dated: 12/13/17

_____
JOSEPH JOHN TURRI
Attorney for Plaintiffs

Dated: 12/13/17

_____/S/_____
DEAN C. BURNICK
Attorneys for Defendants

[Proposed] ORDER

This Matter, having come before the Court by way of stipulation on the parties' Request to Extend Time in Which to Complete Mediation, and it appearing, that the request is made in good faith and is uncontested and should be granted for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that Parties, Request to Extend the Time in Which to Complete Mediation is granted and the Parties shall have until February 16, 2018 in which to complete mediation.

ENTERED this 14 day of December, 2018.

_____
Honorable JON S. TIGAR
United States District Judge

Stipulation to Extend Time in Which to Complete Mediation and [Proposed] Order Thereon

2