MICHAEL D. PROUGH (No. 168741)
mdp@morisonprough.law
DEAN C. BURNICK (No. 146914)
dcb@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
MT. HAWLEY INSURANCE COMPANY and
sham Defendant SAFE FLEET INSURANCE
SERVICES, INC., dba RLI INSURANCE SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORLA BUSCHBACHER, Individually and d.b.a. BUSCH CONSTRUCTION & ELECTRIC, and VALDA KINNEY, as Assignee, from KORLA BUSCHBACHER,<br><br>Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY, RLI INSURANCE SERVICES; and DOES 1 through 10,<br><br>Defendants. | No. 3:17-cv-03946-JST<br><br>JOINT STIPULATION FOR DISMISSAL OF ACTION WITH <u>PREJUDICE; ORDER THEREON</u> |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Order to File Stipulation of Dismissal (Dkt. 25), plaintiffs Korla Buschbacher, Individually and dba Busch Construction & Electric and Valda Kinney, as Assignee, from Korla Buschbacher (collectively "Buschbacher"), and defendant Mt. Hawley Insurance Company ("Mt. Hawley"), by and through their respective attorneys of record, hereby stipulate and agree to the Dismissal With Prejudice of this action in its entirety, including all claims and counterclaims stated herein against all parties, with each party to bear its own costs and attorneys' fees.

/ / /
/ / /

- 1 -

| | | |
|---|---|---|
| 1 | Dated: July 25, 2018 | INSURANCE LITIGATORS & COUNSELORS, PLC |
| 2 | | |
| 3 | | By:  /s/ Joseph John Turri |
| 4 | |         Joseph John Turri |
| 5 | | Attorneys for Plaintiff |
| 6 | | KORLAN BUSCHBACHER, Individually, and dba BUSCH CONSTRUCTION & ELECTRIC, |
| 7 | | and VALDA KINNEY, as Assignee, from KORLA BUSCHBACHER |
| 8 | | |
| 9 | Dated: July 25, 2018 | MORISON & PROUGH, LLP |
| 10 | | |
| 11 | | |
| 12 | | By:  /s/ Dean C. Burnick |
|   | |         Dean C. Burnick |
| 13 | | Attorneys for Defendant |
| 14 | | MT. HAWLEY INSURANCE COMPANY and sham Defendant SAFE FLEET |
| 15 | | INSURANCE SERVICES, INC., dba RLI INSURANCE SERVICES |

## **ORDER**

IT IS SO ORDERED. This action, including all claims and counterclaims stated herein against all parties, is hereby dismissed in its entirety and with prejudice, each side to bear their own costs and fees.

DATED: July 27, 2018

_____
The Hon. Jon S. Tigar, Judge
United States District Court

2564